# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

**CRIMINAL CASE NO. 19-36-DLB-CJS**

UNITED STATES OF AMERICA                                                 **PLAINTIFF**

VS.                               **<u>ORDER</u>**

**JESSE BRYANT**                                                                 **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

On June 11, 2019, Magistrate Judge Candace J. Smith, pursuant to referral and with the consent of the parties, conducted a rearraignment proceeding in this case during which Defendant Jesse Bryant pled guilty to Counts 1 and 2 of the Indictment. (*See* Doc. # 22). Pursuant to 28 U.S.C. § 636(b)(1), Judge Smith recommends that the Court accept the Defendant's guilty plea. (*See* Doc. # 23). Neither side has objected to that recommendation, and the time to do so has expired. (*Id.* at 2-3). Accordingly,

**IT IS ORDERED** that the Court hereby **ACCEPTS** the guilty plea and **ADOPTS** Magistrate Judge Smith's recommendation, Doc. # 23, as the opinion of the Court.

This 18th day of June, 2019.

Signed By:
*David L. Bunning* DB
United States District Judge